

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:17cr 130 |
| v. | 18 U.S.C. § 922(g)(1) |
| | Possession of a Firearm by a |
| BILLY CURRY, JR., | Convicted Felon |
| | (Count One) |
| Defendant. | Forfeiture Notice |

## INDICTMENT

October 2017 - AT RICHMOND

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about September 8, 2017, in the Eastern District of Virginia, the defendant, BILLY CURRY, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Smith & Wesson, Model 10, .38 caliber, revolver, serial number A434892, said firearm having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offense charged. Property subject to forfeiture includes, but is not limited to, the following:

**a Smith & Wesson, Model 10, .38 caliber, revolver, serial number A434892; and all accompanying ammunition.**

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)).

A TRUE BILL:   Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

DANA BOENTE
UNITED STATES ATTORNEY

By: _____
Erik S. Siebert
Holli S. Reeves
Assistant United States Attorneys